HARRINGTON, FOXX, DUBROW & CANTER, LLP
SUSAN A. WATSON, State Bar No. 67954
655 Montgomery Street, Suite 1100
San Francisco, California 94108
Telephone: (415) 288-6600
Facsimile: (415) 288-6618
Email: swatson@hfdclaw.com

Attorneys for Defendant WERNER ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE SAMUELSON,<br><br>    Plaintiff,<br><br>  v.<br><br>WERNER ENTERPRISES SPECIALIZED CARRIER, CHARLIE WASHMAN and DOES 1 to 25.<br><br>    Defendants. | **CASE NO. C 1:08 CV 00970-OWW-GSA**<br><br>**STIPULATION AND ORDER REFERRING MATTER TO JUDGE MAGISTRATE** |

Plaintiff JOYCE SAMUELSON and Defendant WERNER ENTERPRISES, INC., hereby stipulate and consent, by and through their counsel of record, to have United States Judge Magistrate Gary S. Austin conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

| | | |
|---|---|---|
| 1 | DATED: October 21, 2008 | LAW OFFICE OF GARY NELSON |

By:  /s/Gary Nelson
GARY NELSON
Attorney for Plaintiff, JOYCE SAMUELSON

Dated: October 21, 2008                HARRINGTON, FOXX, DUBROW & CANTER

By:  /s/ Susan A. Watson
SUSAN A. WATSON, Attorney for Defendant, WERNER ENTERPRISES, INC.

ORDER

IT IS HEREBY ORDERED that United States Judge Magistrate Gary S. Austin conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

IT IS SO ORDERED.

**Dated:   October 21, 2008**                /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE