IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE SAMUELSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> WERNER ENTERPRISES SPECIALIZED ) <br> CARRIER, CHARLIE WASHMAN, and ) <br> Does 1 to 20, ) <br> ) <br> Defendants. ) <br> _____) | 1:08-cv-970 GSA <br><br> ORDER DISMISSING ACTION |

Pursuant to the parties' stipulation filed on January 26, 2009, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and expenses, including, but not limited to attorney's fees.

IT IS SO ORDERED.

Dated:   **January 28, 2009**              **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE

1